UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

KIRK SPENCER(#107286)
A/K/A ABDULLA HUHAMMAD
              CIVIL ACTION
VERSUS
              NUMBER 05-1043-FJP-DLD
BURL CAIN, ET AL.

O P I N I O N

After independently reviewing the entire record in this case and for reasons set forth in the Magistrate Judge's Report to which an objection was filed:

IT IS ORDERED that the defendants' motion for summary judgment[1] shall be GRANTED and this action shall be DISMISSED.

IT IS FURTHER ORDERED that the claims against Sgt. John Hogue and Capt. Edmond shall be DISMISSED for failure to prosecute pursuant to Rule 4(m), Fed. R. Civ. P.

Judgment shall be entered accordingly.

Baton Rouge, Louisiana, October 23, 2008.

                          FRANK J. POLOZOLA
                          MIDDLE DISTRICT OF LOUISIANA

---

[1] Rec. Doc. No. 52.
Doc#45542