UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

KIRK SPENCER(#107286)
A/K/A ABDULLA HUHAMMAD

CIVIL ACTION

VERSUS

NUMBER 05-1043-FJP-DLD

BURL CAIN, ET AL.

J U D G M E N T

For the written reasons assigned:

IT IS ORDERED AND ADJUDGED that judgment shall be entered, granting the defendants' motion for summary judgment and dismissing this action.

IT IS FURTHER ORDERED AND ADJUDGED that the claims against Sgt. John Hogue and Capt. Edmond shall be DISMISSED for failure to prosecute pursuant to Rule 4(m), Fed. R. Civ. P.

Baton Rouge, Louisiana, October 23, 2008.

_____
FRANK J. POLOZOLA
MIDDLE DISTRICT OF LOUISIANA

Doc#45542